IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LILA DEROSEAR                )       8:10CV147
                             )
                             )
                             )
                             )
              Plaintiff,     )
                             )              ORDER
         vs.                 )
                             )
SHERRY BECKER,               )
                             )
              Defendant.     )
_____)
```

This matter is before the Court after receipt of the
report of parties' planning conference (Filing No. 8).

IT IS ORDERED that a scheduling conference with the
undersigned will be held on:

**Thursday, July 1, 2010, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th
Plaza, **OMAHA**, Nebraska, to establish a final progression order
for this case.  The parties may participate by telephone by
notifying Judge Strom's office prior to said date.

DATED this 16th day of June, 2010.

BY THE COURT:

/S/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court