**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **LILA DeROSEAR,** )<br>)<br>Plaintiff, )<br>) **8:10CV147**<br>vs. )<br>) **ORDER**<br>**SHERRY BECKER,** )<br>)<br>Defendant. )<br>) | |

Pursuant to the Text Reassignment Order (#34),

**IT IS ORDERED:** The pretrial conference scheduled for **August 29, 2011, at 9:30 A.M.,** will be held before Magistrate Judge F.A. Gossett, in chambers, Suite 2210, 111 South 18th Plaza, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

Dated this 3rd day of February 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge