IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LILA DEROSEAR,               )
                             )
           Plaintiff,        )         8:10CV147
                             )
      v.                     )
                             )
SHERRY BECKER,               )            ORDER
                             )
           Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for enlargement of time (Filing No. 36).  The Court notes plaintiff's counsel has no objection and finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; the defendant shall have until April 20, 2011, to disclose expert witnesses with reports; and the parties shall have until May 2, 2011, to complete discovery

DATED this 7th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court