```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

LILA DEROSEAR,                 )
                               )
           Plaintiff,          )           8:10CV147
                               )
      v.                       )
                               )
SHERRY BECKER,                 )           ORDER
                               )
           Defendant.          )
_____)
```

This matter is before the Court on the suggestion of bankruptcy (Filing No. 40). The Court has been advised that plaintiff's motion for relief from stay has been granted. Accordingly,

IT IS ORDERED that the stay is lifted; a new progression order will be entered.

DATED this 11th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court