IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LILA DEROSEAR,                )
                              )
            Plaintiff,        )         8:10CV147
                              )
      v.                      )
                              )
SHERRY BECKER,                )         ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion for continuance (Filing No. 62), and the motion of Elizabeth Skinner for leave to withdraw as counsel for defendant (Filing No. 64). The motion to withdraw as counsel will be granted. A planning conference will be held on the motion for continuance. Accordingly,

IT IS ORDERED:

1) The motion of Elizabeth M. Skinner to withdraw as counsel is granted. Ms. Skinner is deemed withdrawn as counsel of record for defendant.

2) Plaintiff's motion for continuance is scheduled for telephone conference on:

**Monday, October 3, 2011, at 9 a.m.**

The Court will place the call.

DATED this 21st day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court