```
           IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| LILA DEROSEAR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV147 |
| | ) | |
| v. | ) | |
| | ) | |
| SHERRY BECKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for continuance (Filing No. 62). After conference with counsel,

IT IS ORDERED:

1) Plaintiff's motion for continuance is granted. Pretrial conference before the Honorable F.A. Gossett, III, is scheduled for:

**Monday, February 13, 2012, at 10:30 a.m.**

in chambers, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska,

2) Trial of this matter is rescheduled for:

**Tuesday, February 28, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. No further continuances will be granted.

DATED this 3rd day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court