IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LILA DEROSEAR, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV147 |
| | ) | |
| v. | ) | |
| | ) | |
| SHERRY BECKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for leave to amend complaint (Filing No. 72). No objection has been filed; and the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for leave to file an amended complaint is granted. The amended complaint shall be filed on or before November 21, 2011. Defendant shall have twenty days to file a response thereto.

DATED this 16th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court